AO91 (Rev. 08/09) Criminal Complaint

**FILED**
MAR 26 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Liliana VANEGAS Nonato | )<br>)<br>)  Case No. 12-1486<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 24, 2012__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | did obtain and attempt to use a non-immigrant visa, namely: a genuine Form DSP-150 B1/B2 Non-immigrant Visa, knowing it to have been unlawfully obtained. |

This criminal complaint is based on these facts

☒ Continued on the Attached sheet.

_____
Complainant's signature

Jorge Morales
CBP Enforcement Officer

Sworn to before me and signed in my presence.

Date: March 26, 2012

City and state: El Paso, Texas

_____
Judge's signature

Robert F. Castaneda
United States Magistrate Judge

| STATUTE VIOLATED | PLACE OF VIOLATION | DATE |
|---|---|---|
| 18 U.S.C. 1546(a) | Paso Del Norte Port-of-Entry<br>El Paso, Texas | March 24, 2012 |

## VIOLATION

The DEFENDANT, Liliana VANEGAS Nonato, did obtain and attempt to use a non-immigrant visa, namely: a genuine Form DSP-150 B1/B2 Non-immigrant Visa, knowing it to have been unlawfully obtained.

## DEFENDANT

The DEFENDANT is a 31-year-old native and citizen of Mexico

## DETENTION STATUS

The DEFENDANT was transported to the El Paso County Detention Facility, El Paso, Texas, pending initial hearing before a United States Magistrate Judge.

## FACTS

That on or about March 24, 2012, the DEFENDANT, later identified as Liliana VANEGAS Nonato, a native and citizen of Mexico, attempted to enter the United States coming from the Republic of Mexico at the Paso del Norte Port of Entry, in El Paso, Texas, via pedestrian primary. The DEFENDANT presented to Customs and Border Protection (CBP) Officer Jose Guerrero a valid Form DSP-150 non-immigrant laser visa bearing the name and photograph of another; representing herself to be that person. Officer Guerrero asked the DEFENDANT where she was going and she stated to El Paso, Texas to shop. Officer Guerrero asked the DEFENDANT if the document belong to her and she stated yes. Officer Guerrero conducted a routine query of the document presented, which revealed a positive match as a lost/stolen document. Officer Guerrero suspected the DEFENDANT was an imposter and did not admit but rather escorted her into Passport Control Secondary for further inspection. At secondary, the DEFENDANT admitted she is a citizen and national of Mexico not in possession of any legal documents with which to enter the United States. The subject further admitted she illegally purchased the document presented for $100 dollars. At this time, CBP Officer Zenaida Canaba served the DEFENDANT with form I-214 (Spanish Version), Warning of Rights, which she read, said she understood, and signed voluntarily. The DEFENDANT informed Officer Canaba that she wanted the counsel of an attorney before answering further questions. All questions concerning her case ceased at that time.

## CRIMINAL AND IMMIGRATION RECORD

CRIMINAL RECORD

| DATE | LOCATION | CHARGE | DISPOSITION |
|---|---|---|---|
| | | None can be establish at tihis time. | |

IMMIGRATION RECORD

| DATE | LOCATION | REASON | DISPOSITION |
|---|---|---|---|
| 2/22/2012 | Tucson, AZ | PWA | Reinstatement of Deport Order |
| 2/14/2012 | Tucson, AZ | PWA | Deported |
| 2/6/2012 | Douglaz, AZ | Immigrant w/out visa (7A1) | Expedited Removal |
| 1/30/2012 | Tucson, AZ | EWI | Deported |

## EXHIBITS

Exhibit "A" - Form I-214, Warning of Rights, dated and signed by the DEFENDANT on 3/24/2012.
Exhibit "B"- Form I-213, Record of Deportable/Inadmissible Alien, dated on 3/24/2012.
Exhibit "C" - Form DSP-150 B1/B2 Non-immigrant Visa, presented by DEFENDANT on 3/24/2012.