Judge Philip R. Martinez

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

2012 APR 18  PM 4:30

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § CRIMINAL NO. EP-12-CR-_____ |
| | § |
| **Plaintiff,** | § |
| | § **INDICTMENT** |
| **v.** | § |
| | § **CT 1:** 18 U.S.C. § 1546(a) |
| **LILIANA VANEGAS NONATO,** | § False Personation in Immigration Matters |
| | § |
| **Defendant.** | § |

# EP12CR0892

THE GRAND JURY CHARGES:

## COUNT ONE
(18 U.S.C. § 1546(a))

On or about March 24, 2012, in the Western District of Texas, the defendant,

## LILIANA VANEGAS NONATO,

when applying for admission to the United States, did knowingly personate another, in violation of

Title 18, United States Code, Section 1546(a).


A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
FOREPERSON OF THE GRAND JURY


ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
     Assistant United States Attorney