## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | EP:12-CR-00892(1)-PRM |
| § | |
| (1) LILIANA VANEGAS NONATO § | |

## ORDER SETTING PLEA AND SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PLEA AND SENTENCING** in District Courtroom, Room 622, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, May 24, 2012 at 09:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FINALLY ORDERED that in the event the services of a court interpreter are required, counsel for the defendant shall notify the U.S. District Clerk's Office within five days of the date of the hearing.

IT IS SO ORDERED this 15th day of May, 2012.

_____
PHILIP R MARTINEZ
UNITED STATES DISTRICT JUDGE